## FIRST CAUSE OF ACTION

39. Plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "34" with the same force and effect as if fully set forth herein.

40. All of the aforementioned acts of the defendants, their agents, servants and employees, were carried out by the defendants in their capacities as police officers under color of state law.

41. All of the aforementioned acts deprived GINA ROBERTELLO VALADE and DAVID VALADE of the rights, privileges and immunities guaranteed to the citizens of the United States by the First, Fourth, Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States of America, and in violation of 42 U.S.C. §1983.

42. The acts complained of were carried out by the aforementioned individual defendants pursuant to the customs, usages, practices, and the rules of the City of New York and the New York City Police Department.

43. Defendants, collectively and individually, while acting under color of state law, engaged in conduct that constituted a custom, usage, practice or procedure of the City of New York and the New York city Police Department that is forbidden by the Constitution of the United States.

## SECOND CAUSE OF ACTION

44. Plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "39" with the same force and effect as if fully set forth herein.

45. As a result of the aforementioned conduct by the defendants, Plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE were subjected to an illegal and false arrest

7

by the defendants, and falsely imprisoned, detained and confined without any probable cause, privilege or consent.

46. As a result of the foregoing, plaintiffs' liberty was restricted for an extended period of time, and they were put in fear of their physical well being and safety without probable cause.

47. Defendant police officers' actions of arresting plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE without just cause, nor reasonable belief that just cause existed, abused their power and authority as employees of the City of New York and the New York City Police Department, and under color of state and/or local law.

48. Upon information and belief, it was the deliberate choice, policy and custom of the defendant City of New York to fail to adequately supervise and train its police officers, including the defendant police officers, in a manner to discourage false arrests, thereby failing to adequately discourage further constitutional violations committed by police officers, causing plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE to be falsely arrested.

49. As a result of the above-described deliberate choices, policies and customs, GINA ROBERTELLO VALADE and DAVID VALADE suffered emotional and physical injury that may be permanent and have caused diminution in the quality of plaintiffs' life.

## THIRD CAUSE OF ACTION

50. Plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "39" with the same force and effect as if fully set forth herein.

51. Defendant police officers had no reasonable suspicion of concealed weapons or contraband to justify strip-search plaintiff GINA ROBERTELLO VALADE.

52. Defendant police officers intentionally, without right, privilege or just cause strip-searched plaintiff GINA ROBERTELLO VALADE.

53. Defendant police officers' actions of strip-searching plaintiff GINA ROBERTELLO VALADE without just cause, nor reasonable belief that just cause existed, abused their power and authority as employees of the City of New York and the New York City Police Department, and under color of state and/or local law.

54. Upon information and belief, it was the deliberate choice, policy and custom of the defendant City of New York to fail to adequately supervise and train its police officers, including the defendant police officers, in a manner to discourage strip-searches, thereby failing to adequately discourage further constitutional violations committed by police officers, causing plaintiff GINA ROBERTELLO VALADE to be strip-searched.

55. As a result of the above-described deliberate choices, policies and customs, GINA ROBERTELLO VALADE and DAVID VALADE suffered emotional and physical injury that may be permanent and have caused diminution in the quality of plaintiffs' life.

## FOURTH CAUSE OF ACTION

56. Plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "51" with the same force and effect as if fully set forth herein.

57. Defendant police officers engaged in and subjected plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE to immediate harmful and/or offensive touching.

58. Defendant police officers, without just cause or consent, removed part of plaintiff GINA ROBERTELLO VALADE's undergarments, thereby subjecting plaintiff to humiliation and ridicule.

9