78. As a result of the foregoing customs, policies, usages, practices and procedures of the City of New York and the New York City Police Department, plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE were falsely arrested and incarcerated and plaintiff GINA ROBERTELLO VALADE was improperly strip-searched.

79. Defendants, collectively and individually, while acting under color of state law, acquiesced in a pattern of unconstitutional conduct by subordinate police officers, and were directly responsible for the violation of plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE.

80. All of the foregoing acts by defendants deprived plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE of their federally protected rights, including, but not limited to, the right:

    a. Not to be deprived of liberty without due process of law;

    b. To be free from seizure and arrest not based upon probable cause;

    c. Not to have excessive force imposed upon them;

    d. To be free from unlawful search;

    e. To be free from unwarranted and malicious criminal prosecution;

    f. Not to have cruel and unusual punishment imposed against them; and

    g. To receive equal protection under the law.

81. As a result of the foregoing, plaintiffs GINA ROBRTELLO VALADE and DAVID VALADE are entitled to compensatory damages in the sum of ten million dollars ($10,000,000.00) and are further entitled to punitive damages against the individual defendants in the sum of ten million dollars ($10,000,000.00).

## PENDANT STATE CLAIMS

82. Plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "79" with the same force and effect as if fully set forth herein.

83. Because the individual defendants were acting within the scope of their employment as members of the New York City Police Department during the subject incident, defendant City of New York is vicariously liable under state law for the false arrest, excessive force and malicious prosecution of plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE.

84. Further, defendant City of New York is liable under state law because it negligently hired, trained, supervised and retained the defendant police officers.

**WHEREFORE**, plaintiffs GINA ROBERTELLO VALADE and DAVID VALADE demand a jury trial and the following relief jointly and severally against the defendants:

a. Compensatory damages in the amount of ten million dollars ($10,000,000.00);

b. Punitive damages in the amount of ten million dollars ($10,000,000.00);

c. Costs, interest and attorney's fees; and

d. Such other and further relief as this Court may deem just and proper, including declaratory and injunctive relief.

Dated: New York, New York
March 31, 2010

Powell Campbell Priveterre
By: Joyce Campbell Priveterre (JP 1846)
110 Wall Street, 11th Floor
New York, New York 10005-3817
Tel: (212) 804-5776
Fax: (212) 943-2300

15